# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANTRA BAND, LLC, a California limited liability company, | Case No.: 8:19-cv-00464-JLS-ADS |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| CIRCOLI INC., a California corporation d/b/a DOLCEORO; NICK MIRYAZDI, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |
| CIRCOLI INC., a California corporation d/b/a DOLCEORO GIOELLI; NICK MIRYAZDI, an individual, | |
| Counterclaimants, | |
| vs. | |
| MANTRA BAND, LLC, a California limited liability company; and RAY GUNAR, an individual, | |
| Counter-Defendants. | |

# ORDER

The Court, having considered the April 13, 2020 Joint Stipulation for Dismissal of the parties, hereby orders that this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 04/14/2020

                                        JOSEPHINE L. STATON

                                        Hon. Josephine L. Staton
                                        United States District Judge